## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

RONNIE MCGEE,                                                                    PLAINTIFF


vs.                                                    CIVIL ACTION NO.:  4:13CV90-B-A

LT. ROBERT STURDIVANT,
STEVEN TYLER, and
RODERICK LEWIS,                                                                 DEFENDANTS


## FINAL JUDGMENT

Upon consideration of the file and records in this action, including the Report and

Recommendation of the United States Magistrate Judge dated November 5, 2014, and the

plaintiff's objections thereto, the Court finds that the plaintiff's objections are without merit, and

that the Magistrate Judge's Report and Recommendation should be approved and adopted as the

opinion of the Court.  It is, therefore, **ORDERED**:

1.  That the plaintiff's objections to the Magistrate Judge's Report and Recommendation

are **OVERRULED**;

2.  That the Report and Recommendation of the United States Magistrate Judge dated

November 5, 2014, is hereby **APPROVED AND ADOPTED** as the opinion of the Court;

3.  That judgment be entered in this cause in favor of Defendants Lt. Robert Sturdivant,

Steven Tyler, and Roderick Lewis, and

4.  That this case is **CLOSED**.

**THIS** the 1st day of December, 2014.


/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**